District Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORMA MATIAS,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>　　　　　　　Defendants. | No. 2:23-cv-01056-RSM<br><br>**JOINT STIPULATION AND ORDER OF DISMISSAL**<br><br>Note on Motion Calendar:<br>August 2, 2023 |

　　WHEREAS Plaintiff filed the Complaint on July 14, 2023, requesting the Court to compel Defendant United States Citizenship and Immigration Services ("USCIS") to adjudicate her Form I-90 application and issue her replacement permanent resident card.  Dkt. No. 1.

　　WHEREAS USCIS has adjudicated Plaintiff Norma Matias' Form I-90 and issued her replacement permanent resident card.

　　WHEREAS the parties agree that Plaintiff's Complaint should be dismissed without prejudice with each party to bear their own fees and costs.

　　NOW THEREFORE, the parties, through their respective counsel of record, do hereby stipulate and agree, and respectfully request, that the Court make and enter the following order:

　　Plaintiff's Complaint is DISMISSED without prejudice.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: August 2, 2023　　　　　　　　　　　*s/ Elaine Fordyce*
　　　　　　　　　　　　　　　　　　　　　ELAINE FORDYCE, WSBA #44416
　　　　　　　　　　　　　　　　　　　　　Law Office of Shara Svendsen
　　　　　　　　　　　　　　　　　　　　　16300 Mill Creek Blvd., Ste. 206
　　　　　　　　　　　　　　　　　　　　　Mill Creek, WA 98102
　　　　　　　　　　　　　　　　　　　　　Phone: 425-361-1511

STIPULATION AND ORDER OF DISMISSAL
2:23-cv-01056-RSM
PAGE– 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

|  |  |
|---|---|
|  | Email: elaine@svenlaw.com |
|  | *Attorney for Plaintiff* |
| DATED: August 2, 2023 | *s/ Michelle R. Lambert*<br>MICHELLE LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>1201 Pacific Ave, Suite 700<br>Tacoma, WA 98402<br>Phone: (253) 428-3824<br>Email: michelle.lambert@usdoj.gov |
|  | *Attorney for Defendants* |

STIPULATION AND ORDER OF DISMISSAL
2:23-cv-01056-RSM
PAGE– 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

The parties having so stipulated and agreed, the Court hereby ORDERS that the Complaint shall be dismissed without prejudice with each party to bear their own fees and costs.

DATED this 7th day of August, 2023.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF DISMISSAL
2:23-cv-01056-RSM
PAGE– 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970